

Opinions of the United
States Court of Appeals
for the Third Circuit

1-23-2013

# Ramiro Enrique Rojas v. Attorney General United States

Precedential or Non-Precedential: Precedential

Docket No. 12-1227

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"Ramiro Enrique Rojas v. Attorney General United States" (2013). *2013 Decisions.* Paper 1268.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/1268

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

—————

No. 12-1227

—————

RAMIRO ENRIQUE ROJAS,

Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,

Respondent

—————

PRESENT:   McKEE, <u>Chief</u> <u>Judge</u>, SLOVITER, SCIRICA, RENDELL, AMBRO,
           FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN,
           GREENAWAY, JR., VANASKIE, and GREENBERG[1], <u>Circuit</u> <u>Judges</u>

**ORDER**

The Court, *sua sponte,* orders rehearing *en banc* in the above captioned case.

It is ordered that the Clerk of this Court list the case for rehearing *en banc*

at the convenience of the Court.

> By the Court,
> /s/ Theodore A. McKee
> Chief Circuit Judge

Date: January 23, 2013
Trg/cc:     Tracy M. Hubbard, Esq.
            Craig R. Shagin, Esq.
            Timothy Hayes, Esq.
            Andrew J. Oliveira, Esq.

—————

[1]Will participate as a member of the en banc court pursuant to 3d. Cir. I.O.P. 9.6.4.